UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Andre L. Kydala
PO Box 5537
Clinton NJ 08809

Case No.: 21-16938

Chapter: 13

In Re:

NICKALOS AND NATALIA VALDERRAMA

Adv. No.:

Hearing Date:

Judge: MBK

## CERTIFICATION OF SERVICE

1. I, _____Andre L. Kydala_____ :

    ☒ represent _____THE DEBTORS_____ in this matter.

    ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On _____9/24/2021_____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
   APPLICATION AND ORDER FOR LOSS MITIGATION

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 9/24/2021

/s/ Andre L. Kydala
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| MIDFIRST BANK<br>ATTN KML LAW GROUP<br>701 Market Street<br>Phil PA 19106 | Counsel to MID FIRST | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| MIDFIRST<br>PO Box 26648<br>Oklahoma City OK 73126 | secured creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |