Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

_____

Case No.:  21–16938–MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Nickalos Valderrama                           Natalia Valderrama
786 County RD 519                              786 County RD 519
Frenchtown, NJ 08825                           Frenchtown, NJ 08825

Social Security No.:
   xxx–xx–8725                                  xxx–xx–4421

Employer's Tax I.D. No.:

_____

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

    Please be advised that on October 12, 2021, the court entered the following judgment or order on the court's docket in the above–captioned case:

Document Number: 14 – 12
Order Granting Notice of Request for Loss Mitigation(Related Doc # 12). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 10/12/2021. (wir)

    Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: October 12, 2021
JAN: wir

                                        Jeanne Naughton
                                        Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                          Case No. 21-16938-MBK

Nickalos Valderrama                                                             Chapter 13

Natalia Valderrama

     Debtors

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Oct 12, 2021 | Form ID: orderntc | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol          Definition**

\+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 14, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Nickalos Valderrama, Natalia Valderrama, 786 County RD 519, Frenchtown, NJ 08825-3032 |
| lm | + | MIDFIRST, POB 26648, OKLAHOMA CITY, OK 73126-0648 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 14, 2021                      Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 12, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Andre L. Kydala | on behalf of Joint Debtor Natalia Valderrama kydalalaw@aim.com  kydalalaw@aim.com |
| Andre L. Kydala | on behalf of Debtor Nickalos Valderrama kydalalaw@aim.com  kydalalaw@aim.com |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

District/off: 0312-3                          User: admin                                    Page 2 of 2
Date Rcvd: Oct 12, 2021                       Form ID: orderntc                              Total Noticed: 2
TOTAL: 5