**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-1(b)

Albert Russo
CN 4853
Trenton, NJ 08650
(609) 587-6888
Standing Chapter 13 Trustee

In Re:

NICKALOS VALDERRAMA
NATALIA VALDERRAMA

Debtor

Case No.: 21-16938 MBK

Chapter: 13

Judge: Michael B. Kaplan

# STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled       ☒ Withdrawn

Matter: Trustee's Objection to Application for Entry of Consent Order to Allow Late Claim, Doc #27, is withdrawn.

Date: 2/21/22

/s/ Albert Russo
Signature
Albert Russo
Standing Chapter 13 Trustee

rev.8/1/15