Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 21−16938−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Nickalos Valderrama
786 County RD 519
Frenchtown, NJ 08825

Natalia Valderrama
786 County RD 519
Frenchtown, NJ 08825

Social Security No.:
xxx−xx−8725

xxx−xx−4421

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:        4/13/22
Time:        10:00 AM
Location:    Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

      An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

      **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: March 9, 2022
JAN: pbf

Jeanne Naughton
Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:  
Nickalos Valderrama  
Natalia Valderrama  
    Debtors

Case No. 21-16938-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Mar 09, 2022 | Form ID: 132 | Total Noticed: 27 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 11, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Nickalos Valderrama, Natalia Valderrama, 786 County RD 519, Frenchtown, NJ 08825-3032 |
| lm | + | MIDFIRST, POB 26648, OKLAHOMA CITY, OK 73126-0648 |
| cr | + | TD Bank, N.A., c/o Saldutti Law Group, 1040 N. Kings Hwy., Suite 100, Cherry Hill, NJ 08034-1925 |
| 519298124 | + | Chase Bank Card Services, PO Box 15137, Wilmington, DE 19886-5137 |
| 519298128 | | Home Depot, PO Box 9100, Des Moines, IA 50368 |
| 519298130 | + | Midland Mortgage, PO Box 163529, Fort Worth, TX 76161-3529 |
| 519298132 | + | PRA, Craner Nelson, 320 Park Ave, Scotch Plains, NJ 07076-1100 |
| 519298134 | + | Target, Attn Retailers National Bank, PO Box 59317, Minneapolis, MN 55459-0317 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 09 2022 20:40:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 09 2022 20:40:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519298122 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 09 2022 20:42:18 | Cabelas, PO Box 82575, Lincoln, NE 68501-2575 |
| 519309057 | + | Email/PDF: ebn_ais@aisinfo.com | Mar 09 2022 20:42:42 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519309058 | + | Email/PDF: ebn_ais@aisinfo.com | Mar 09 2022 20:42:34 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519298125 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 09 2022 20:52:58 | Citibank/tractor supply, PO Box 8105, South Hackensack, NJ 07606 |
| 519298126 | | Email/Text: mrdiscen@discover.com | Mar 09 2022 20:39:00 | Discover, PO Box 15156, Wilmington, DE 19886-1002 |
| 519301876 | | Email/Text: mrdiscen@discover.com | Mar 09 2022 20:39:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519318592 | + | Email/Text: RASEBN@raslg.com | Mar 09 2022 20:40:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 519322913 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Mar 09 2022 20:42:18 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 519304216 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 09 2022 20:40:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 519298129 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 09 2022 20:40:00 | Midland Funding, 8875 Aero Drive, San Diego, |

Case 21-16938-MBK　　Doc 34　　Filed 03/11/22　　Entered 03/12/22 00:13:02　　Desc Imaged
Certificate of Notice　　Page 3 of 4

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 09, 2022 | Form ID: 132 | Total Noticed: 27 |

| Recip ID | | Notice Type | Date/Time | Address |
|---|---|---|---|---|
| | | | | CA 92123-2255 |
| 519298131 | | Email/Text: rebecca.mcgovern@pennfoster.edu | Mar 09 2022 20:39:00 | Penn Foster, 925 oak street, Scranton, PA 18515 |
| 519350669 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 09 2022 20:42:34 | Portfolio Recovery Associates, LLC, c/o Tractor Supply, POB 41067, Norfolk VA 23541 |
| 519298133 | | Email/Text: signed.order@pfwattorneys.com | Mar 09 2022 20:40:00 | Pressler and Presseler, 7 Entin Rd, Parsippany, NJ 07054 |
| 519298135 | | Email/Text: bankruptcy@td.com | Mar 09 2022 20:40:00 | TD BAnk, PO Box 23072, Columbus, GA 31902 |
| 519298137 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Mar 09 2022 20:39:00 | Verizon, PO Box 28002, Lehigh Valley, PA 18002-8002 |
| 519298138 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 09 2022 20:42:33 | Walmart, PO Box 9600023, Orlando, FL 32896-0001 |
| 519298139 | + | Email/Text: money@yelp.com | Mar 09 2022 20:40:00 | Yelp, 140 New Montgomery St, San Francisco, CA 94105-3822 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519298123 | *+ | Cabelas, PO Box 82575, Lincoln, NE 68501-2575 |
| 519298127 | *P++ | DISCOVER FINANCIAL SERVICES LLC, PO BOX 3025, NEW ALBANY OH 43054-3025, address filed with court:, Discover, PO Box 15156, Wilmington, DE 19886-1002 |
| 519298136 | *P++ | TD BANKNORTH NA, 70 GRAY ROAD, FALMOUTH ME 04105-2299, address filed with court:, TD BAnk, PO Box 23072, Columbus, GA 31902 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 11, 2022　　　　　　　　　　Signature:　　　/s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 9, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Andre L. Kydala | on behalf of Joint Debtor Natalia Valderrama kydalalaw@aim.com  kydalalaw@aim.com |
| Andre L. Kydala | on behalf of Debtor Nickalos Valderrama kydalalaw@aim.com  kydalalaw@aim.com |

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Mar 09, 2022 | Form ID: 132 | Total Noticed: 27 |

Denise E. Carlon
        on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Rebecca Ann Solarz
        on behalf of Creditor MIDFIRST BANK rsolarz@kmllawgroup.com

Rebecca K. McDowell
        on behalf of Creditor TD Bank  N.A. rmcdowell@slgcollect.com

U.S. Trustee
        USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8