UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)
SALDUTTI LAW GROUP
Rebecca K. McDowell, Esquire – RM3223
1040 Kings Highway North, Suite 100
Cherry Hill, NJ 08034
(856) 779-0300
Counsel for TD Bank, N.A.

Order Filed on March 28, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Nickalos and Natalia Valderrama,

                       Debtors.

Case No.:  21-16938-MBK

Chapter:  13

Hrg Date:

Judge:  Hon. Michael B. Kaplan

## CONSENT ORDER TO ALLOW LATE CLAIM

The relief set forth on the following page is hereby ORDERED.

**DATED: March 28, 2022**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page 2
Debtors: Nickalos and Natalia Valderrama
Case No. 21-16938-MBK
Caption of Order: Consent Order to Allow Late Claim

This matter having come before the Court upon agreement of TD Bank, N.A. ("TD Bank") and Debtors Nickalos and Natalia Valderrama ("Debtors"); Debtors being indebted to TD Bank as a result of a business loan; Debtors having noticed TD Bank at a post office box intended for consumer credit card payments, such that notice of the bankruptcy did not reach the appropriate department at TD Bank in advance of the bar date for filing claims; and Debtor having agreed to allow the claim notwithstanding its late filing; now therefore;

It is hereby ORDERED that TD Bank, N.A. may file a general unsecured claim within seven (7) days of the date of entry of this Order, and such claim shall be paid by the Chapter 13 Trustee in accordance with the confirmed plan and the priority scheme set forth in the Bankruptcy Code.

| | |
|---|---|
| /s/ *Rebecca K. McDowell* | /s/ *Andre L. Kydala* |
| Rebecca K. McDowell, Esq. | Andre L. Kydala, Esq. |
| Saldutti Law Group | 12 Lower Center St. |
| 1040 Kings Highway North, Suite 100 | PO Box 5537 |
| Cherry Hill, NJ 08034 | Clinton, NJ 08809 |
| (856) 324-5014 | (908) 735-2616 |
| rmcdowell@slgcollect.com | kydalalaw@aim.com |
| Counsel for TD Bank, N.A. | Counsel for the Debtors |