UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)
SALDUTTI LAW GROUP
Rebecca K. McDowell, Esquire – RM3223
1040 Kings Highway North, Suite 100
Cherry Hill, NJ 08034
(856) 779-0300
Counsel for TD Bank, N.A.

Order Filed on March 28, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Nickalos and Natalia Valderrama,

                      Debtors.

Case No.:   21-16938-MBK

Chapter:    13

Hrg Date:

Judge:      Hon. Michael B. Kaplan

## CONSENT ORDER TO ALLOW LATE CLAIM

The relief set forth on the following page is hereby ORDERED.

**DATED: March 28, 2022**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page 2
Debtors: Nickalos and Natalia Valderrama
Case No. 21-16938-MBK
Caption of Order: Consent Order to Allow Late Claim

---

This matter having come before the Court upon agreement of TD Bank, N.A. ("TD Bank") and Debtors Nickalos and Natalia Valderrama ("Debtors"); Debtors being indebted to TD Bank as a result of a business loan; Debtors having noticed TD Bank at a post office box intended for consumer credit card payments, such that notice of the bankruptcy did not reach the appropriate department at TD Bank in advance of the bar date for filing claims; and Debtor having agreed to allow the claim notwithstanding its late filing; now therefore;

It is hereby ORDERED that TD Bank, N.A. may file a general unsecured claim within seven (7) days of the date of entry of this Order, and such claim shall be paid by the Chapter 13 Trustee in accordance with the confirmed plan and the priority scheme set forth in the Bankruptcy Code.

/s/ *Rebecca K. McDowell*
Rebecca K. McDowell, Esq.
Saldutti Law Group
1040 Kings Highway North, Suite 100
Cherry Hill, NJ 08034
(856) 324-5014
rmcdowell@slgcollect.com
Counsel for TD Bank, N.A.

/s/ Andre L. Kydala
Andre L. Kydala, Esq.
12 Lower Center St.
PO Box 5537
Clinton, NJ 08809
(908) 735-2616
kydalalaw@aim.com
Counsel for the Debtors

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 21-16938-MBK |
| Nickalos Valderrama | Chapter 13 |
| Natalia Valderrama | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 28, 2022 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 30, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Nickalos Valderrama, Natalia Valderrama, 786 County RD 519, Frenchtown, NJ 08825-3032 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 30, 2022                    Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 28, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Andre L. Kydala | on behalf of Joint Debtor Natalia Valderrama kydalalaw@aim.com kydalalaw@aim.com |
| Andre L. Kydala | on behalf of Debtor Nickalos Valderrama kydalalaw@aim.com kydalalaw@aim.com |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Rebecca Ann Solarz | |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 2 of 2 |
| Date Rcvd: Mar 28, 2022 | Form ID: pdf903 | Total Noticed: 1 |

on behalf of Creditor MIDFIRST BANK rsolarz@kmllawgroup.com

Rebecca K. McDowell

on behalf of Creditor TD Bank N.A. rmcdowell@slgcollect.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8