7UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  **Nickalos & Natalia Valderrama**   Case No.:   **21-16938-KCF**

Chapter:   **7**

Judge:   **Kathryn C. Ferguson**

---

**NOTICE OF PROPOSED ABANDONMENT**

---

Benjamin A. Stanziale, Jr., Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | Jeanne A. Naughton, Clerk<br>United States Bankruptcy Court<br>50 Walnut Street<br>Newark, New Jersey 07102 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable Kathryn C. Ferguson on June 28, 2022, at 10:00 a.m. at the United States Bankruptcy Court, Courtroom No. 2. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

**Description and value of Property: 786 County Road 519, Frenchtown, New Jersey**

**Current Market Value of Property:  $350,000.00**
**Estimated Cost of Sale:  $35,000.00**

**Liens on property: Midland Mortgage: $349,873.19**

**Amount of equity claimed as exempt:**

Objections must be served on, and requests for additional information directed to:

Name:   Benjamin A. Stanziale, Jr., Trustee

Address:   2839 Route 10, Suite 102, Morris Plains, NJ 07950

Telephone No.: (973) 731-9393

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                    Case No. 21-16938-KCF

Nickalos Valderrama                                                                           Chapter 7

Natalia Valderrama

    Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 3 |
| Date Rcvd: May 25, 2022 | Form ID: pdf905 | Total Noticed: 29 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 27, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Nickalos Valderrama, Natalia Valderrama, 786 County RD 519, Frenchtown, NJ 08825-3032 |
| lm | + | MIDFIRST, POB 26648, OKLAHOMA CITY, OK 73126-0648 |
| cr | + | TD Bank, N.A., c/o Saldutti Law Group, 1040 N. Kings Hwy., Suite 100, Cherry Hill, NJ 08034-1925 |
| 519298124 | + | Chase Bank Card Services, PO Box 15137, Wilmington, DE 19886-5137 |
| 519298128 | | Home Depot, PO Box 9100, Des Moines, IA 50368 |
| 519298130 | + | Midland Mortgage, PO Box 163529, Fort Worth, TX 76161-3529 |
| 519298132 | + | PRA, Craner Nelson, 320 Park Ave, Scotch Plains, NJ 07076-1100 |
| 519544945 | + | TD Bank, N.A., c/o Saldutti Law Group, 1040 N. Kings Highway, Suite 100, Cherry Hill, NJ 08034-1925 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | | Email/Text: bnc@russotrustee.com | May 25 2022 20:42:00 | Albert Russo, Standing Chapter 13 Trustee, CN 4853, Trenton, NJ 08650-4853 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 25 2022 20:42:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 25 2022 20:42:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519298122 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 25 2022 20:45:38 | Cabelas, PO Box 82575, Lincoln, NE 68501-2575 |
| 519309057 | + | Email/PDF: ebn_ais@aisinfo.com | May 25 2022 20:45:44 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519309058 | + | Email/PDF: ebn_ais@aisinfo.com | May 25 2022 20:46:18 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519298125 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 25 2022 20:46:10 | Citibank/tractor supply, PO Box 8105, South Hackensack, NJ 07606 |
| 519298126 | | Email/Text: mrdiscen@discover.com | May 25 2022 20:41:00 | Discover, PO Box 15156, Wilmington, DE 19886-1002 |
| 519301876 | | Email/Text: mrdiscen@discover.com | May 25 2022 20:41:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519318592 | + | Email/Text: RASEBN@raslg.com | May 25 2022 20:41:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 519322913 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | May 25 2022 20:45:35 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 519304216 | + | Email/Text: bankruptcydpt@mcmcg.com | May 25 2022 20:42:00 | Midland Credit Management, Inc., PO Box 2037, |

Case 21-16938-KCF    Doc 48    Filed 05/27/22    Entered 05/28/22 00:14:22    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 25, 2022 | Form ID: pdf905 | Total Noticed: 29 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Warren, MI 48090-2037 |
| 519298129 | + | Email/Text: bankruptcydpt@mcmcg.com | May 25 2022 20:42:00 | Midland Funding, 8875 Aero Drive, San Diego, CA 92123-2255 |
| 519298131 | | Email/Text: rebecca.mcgovern@pennfoster.edu | May 25 2022 20:41:00 | Penn Foster, 925 oak street, Scranton, PA 18515 |
| 519350669 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 25 2022 20:46:06 | Portfolio Recovery Associates, LLC, c/o Tractor Supply, POB 41067, Norfolk VA 23541 |
| 519298133 | | Email/Text: signed.order@pfwattorneys.com | May 25 2022 20:41:00 | Pressler and Presseler, 7 Entin Rd, Parsippany, NJ 07054 |
| 519298135 | | Email/Text: bankruptcy@td.com | May 25 2022 20:42:00 | TD BAnk, PO Box 23072, Columbus, GA 31902 |
| 519298134 | + | Email/Text: bncmail@w-legal.com | May 25 2022 20:41:00 | Target, Attn Retailers National Bank, PO Box 59317, Minneapolis, MN 55459-0317 |
| 519298137 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | May 25 2022 20:41:00 | Verizon, PO Box 28002, Lehigh Valley, PA 18002-8002 |
| 519298138 | + | Email/PDF: gecsedi@recoverycorp.com | May 25 2022 20:46:16 | Walmart, PO Box 9600023, Orlando, FL 32896-0001 |
| 519298139 | + | Email/Text: money@yelp.com | May 25 2022 20:42:00 | Yelp, 140 New Montgomery St, San Francisco, CA 94105-3822 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519298123 | *+ | Cabelas, PO Box 82575, Lincoln, NE 68501-2575 |
| 519298127 | *P++ | DISCOVER FINANCIAL SERVICES LLC, PO BOX 3025, NEW ALBANY OH 43054-3025, address filed with court:, Discover, PO Box 15156, Wilmington, DE 19886-1002 |
| 519298136 | *P++ | TD BANKNORTH NA, 70 GRAY ROAD, FALMOUTH ME 04105-2299, address filed with court:, TD BAnk, PO Box 23072, Columbus, GA 31902 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 27, 2022      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 25, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 3 of 3 |
| Date Rcvd: May 25, 2022 | Form ID: pdf905 | Total Noticed: 29 |

Andre L. Kydala
        on behalf of Joint Debtor Natalia Valderrama kydalalaw@aim.com  kydalalaw@aim.com

Andre L. Kydala
        on behalf of Debtor Nickalos Valderrama kydalalaw@aim.com  kydalalaw@aim.com

Benjamin A. Stanziale, Jr.
        on behalf of Trustee Benjamin A. Stanziale  Jr. trustee@stanzialelaw.com, nj45@ecfcbis.com

Benjamin A. Stanziale, Jr.
        trustee@stanzialelaw.com  nj45@ecfcbis.com

Denise E. Carlon
        on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Rebecca Ann Solarz
        on behalf of Creditor MIDFIRST BANK rsolarz@kmllawgroup.com

Rebecca K. McDowell
        on behalf of Creditor TD Bank  N.A. rmcdowell@slgcollect.com, anovoa@slgcollect.com

U.S. Trustee
        USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 10