Form loccrtno – loccrtnov27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 21−16938−KCF
Chapter: 7
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Nickalos Valderrama | Natalia Valderrama |
| 786 County RD 519 | 786 County RD 519 |
| Frenchtown, NJ 08825 | Frenchtown, NJ 08825 |

Social Security No.:
   xxx−xx−8725                                                xxx−xx−4421

Employer's Tax I.D. No.:

## CERTIFICATION OF NO OBJECTION

   I  Pamela Fiero , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Abandonment:

Description of Property (if applicable):

786 County Road 519, Frenchtown, New Jersey.

Dated: June 22, 2022
JAN: pbf

Jeanne Naughton
Clerk