Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                        Case No.:  21−16938−KCF
                        Chapter:  7
                        Judge:  Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Nickalos Valderrama | Natalia Valderrama |
| 786 County RD 519 | 786 County RD 519 |
| Frenchtown, NJ 08825 | Frenchtown, NJ 08825 |

Social Security No.:
  xxx−xx−8725                                    xxx−xx−4421

Employer's Tax I.D. No.:

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Benjamin A. Stanziale Jr. is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>July 29, 2022</u>                    <u>Kathryn C. Ferguson</u>
                                              Judge, United States Bankruptcy Court