**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Nickalos Valderrama** | Social Security number or ITIN   xxx–xx–8725 |
| | First Name    Middle Name    Last Name | EIN   __–_____ |
| Debtor 2 | **Natalia Valderrama** | Social Security number or ITIN   xxx–xx–4421 |
| (Spouse, if filing) | First Name    Middle Name    Last Name | EIN   __–_____ |

United States Bankruptcy Court    District of New Jersey

Case number:    21–16938–KCF

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Nickalos Valderrama                    Natalia Valderrama

7/29/22                    **By the court:** Kathryn C. Ferguson
                          United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

### Creditors cannot collect discharged debts
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

### Most debts are discharged
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support
  obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has
  decided or will decide are not discharged
  in this bankruptcy case;

♦ debts for most fines, penalties,
  forfeitures, or criminal restitution
  obligations;

♦ some debts which the debtors did not
  properly list;

♦ debts for certain types of loans owed to
  pension, profit sharing, stock bonus, or
  retirement plans; and

♦ debts for death or personal injury caused
  by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation
agreement are not discharged.

In addition, this discharge does not stop
creditors from collecting from anyone else who is
also liable on the debt, such as an insurance
company or a person who cosigned or
guaranteed a loan.

> **This information is only a general summary
> of the bankruptcy discharge; some
> exceptions exist. Because the law is
> complicated, you should consult an
> attorney to determine the exact effect of the
> discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                                                Case No. 21-16938-KCF

Nickalos Valderrama                                                                      Chapter 7

Natalia Valderrama

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3                          User: admin                                          Page 1 of 3

Date Rcvd: Jul 29, 2022                     Form ID: 318                                  Total Noticed: 30

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 31, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Nickalos Valderrama, 786 County RD 519, Frenchtown, NJ 08825-3032 |
| jdb | + | Natalia Valderrama, 786 County RD 519, Frenchtown, NJ 08825-3032 |
| lm | + | MIDFIRST, POB 26648, OKLAHOMA CITY, OK 73126-0648 |
| cr | + | TD Bank, N.A., c/o Saldutti Law Group, 1040 N. Kings Hwy., Suite 100, Cherry Hill, NJ 08034-1925 |
| 519298124 | + | Chase Bank Card Services, PO Box 15137, Wilmington, DE 19886-5137 |
| 519298128 | | Home Depot, PO Box 9100, Des Moines, IA 50368 |
| 519298130 | + | Midland Mortgage, PO Box 163529, Fort Worth, TX 76161-3529 |
| 519298132 | + | PRA, Craner Nelson, 320 Park Ave, Scotch Plains, NJ 07076-1100 |
| 519544945 | + | TD Bank, N.A., c/o Saldutti Law Group, 1040 N. Kings Highway, Suite 100, Cherry Hill, NJ 08034-1925 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | | Email/Text: bnc@russotrustee.com | Jul 29 2022 20:58:00 | Albert Russo, Standing Chapter 13 Trustee, CN 4853, Trenton, NJ 08650-4853 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 29 2022 20:58:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 29 2022 20:58:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519298122 | + | EDI: CAPITALONE.COM | Jul 30 2022 00:48:00 | Cabelas, PO Box 82575, Lincoln, NE 68501-2575 |
| 519309057 | + | EDI: AIS.COM | Jul 30 2022 00:53:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519309058 | + | EDI: AIS.COM | Jul 30 2022 00:53:00 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519298125 | | EDI: CITICORP.COM | Jul 30 2022 00:48:00 | Citibank/tractor supply, PO Box 8105, South Hackensack, NJ 07606 |
| 519298126 | | EDI: DISCOVER.COM | Jul 30 2022 00:48:00 | Discover, PO Box 15156, Wilmington, DE 19886-1002 |
| 519301876 | | EDI: DISCOVER.COM | Jul 30 2022 00:48:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519318592 | + | Email/Text: RASEBN@raslg.com | Jul 29 2022 20:57:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 519322913 | + | EDI: AISMIDFIRST | Jul 30 2022 00:48:00 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 519304216 | + | Email/Text: bankruptcydpt@mcmcg.com | | |

District/off: 0312-3 | User: admin | Page 2 of 3
Date Rcvd: Jul 29, 2022 | Form ID: 318 | Total Noticed: 30

| | | | | |
|---|---|---|---|---|
| | | | Jul 29 2022 20:57:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 519298129 | + | Email/Text: bankruptcydpt@mcmcg.com | | |
| | | | Jul 29 2022 20:57:00 | Midland Funding, 8875 Aero Drive, San Diego, CA 92123-2255 |
| 519298131 | | Email/Text: rebecca.mcgovern@pennfoster.edu | | |
| | | | Jul 29 2022 20:56:00 | Penn Foster, 925 oak street, Scranton, PA 18515 |
| 519350669 | | EDI: PRA.COM | | |
| | | | Jul 30 2022 00:48:00 | Portfolio Recovery Associates, LLC, c/o Tractor Supply, POB 41067, Norfolk VA 23541 |
| 519298133 | | Email/Text: signed.order@pfwattorneys.com | | |
| | | | Jul 29 2022 20:57:00 | Pressler and Presseler, 7 Entin Rd, Parsippany, NJ 07054 |
| 519298135 | | EDI: TDBANKNORTH.COM | | |
| | | | Jul 30 2022 00:48:00 | TD BAnk, PO Box 23072, Columbus, GA 31902 |
| 519298134 | + | EDI: WTRRNBANK.COM | | |
| | | | Jul 30 2022 00:48:00 | Target, Attn Retailers National Bank, PO Box 59317, Minneapolis, MN 55459-0317 |
| 519298137 | + | EDI: VERIZONCOMB.COM | | |
| | | | Jul 30 2022 00:48:00 | Verizon, PO Box 28002, Lehigh Valley, PA 18002-8002 |
| 519298138 | + | EDI: RMSC.COM | | |
| | | | Jul 30 2022 00:48:00 | Walmart, PO Box 9600023, Orlando, FL 32896-0001 |
| 519298139 | + | Email/Text: money@yelp.com | | |
| | | | Jul 29 2022 20:58:00 | Yelp, 140 New Montgomery St, San Francisco, CA 94105-3822 |

TOTAL: 21

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519298123 | *+ | Cabelas, PO Box 82575, Lincoln, NE 68501-2575 |
| 519298127 | *P++ | DISCOVER FINANCIAL SERVICES LLC, PO BOX 3025, NEW ALBANY OH 43054-3025, address filed with court:, Discover, PO Box 15156, Wilmington, DE 19886-1002 |
| 519298136 | *P++ | TD BANKNORTH NA, 70 GRAY ROAD, FALMOUTH ME 04105-2299, address filed with court:, TD BAnk, PO Box 23072, Columbus, GA 31902 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 31, 2022          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 29, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | |
| | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | |
| | docs@russotrustee.com |

Andre L. Kydala
on behalf of Joint Debtor Natalia Valderrama kydalalaw@aim.com  kydalalaw@aim.com

Andre L. Kydala
on behalf of Debtor Nickalos Valderrama kydalalaw@aim.com  kydalalaw@aim.com

Benjamin A. Stanziale, Jr.
on behalf of Trustee Benjamin A. Stanziale  Jr. trustee@stanzialelaw.com, nj45@ecfcbis.com

Benjamin A. Stanziale, Jr.
trustee@stanzialelaw.com  nj45@ecfcbis.com

Denise E. Carlon
on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Rebecca Ann Solarz
on behalf of Creditor MIDFIRST BANK rsolarz@kmllawgroup.com

Rebecca K. McDowell
on behalf of Creditor TD Bank  N.A. rmcdowell@slgcollect.com, anovoa@slgcollect.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 10